IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WEST AMERICAN INSURANCE COMPANY,
an Indiana corporation,

       Plaintiff,

v.                                                       No. CIV-13-0315 JB/LAM

CHIMNEY DOCTORS, INC., a New Mexico
corporation,

       Defendant.

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on October 25, 2013, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Monday, November 25, 2013**, absent a request for an extension and a showing of good cause.

**IT IS FURTHER ORDERED THAT** all settings in this case *before the Honorable Lourdes A. Martínez* are **VACATED** *(all other settings shall remain the same unless otherwise notified by the presiding judge).*

**IT IS SO ORDERED.**

                                                  _____
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**